UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| EDWARD RONJE,       | 1:14-cv-01589 JLT (PC |
|---|---|
| Plaintiff,    | ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS |
| v.            | (Doc. 3) |
| AUDREY KING, et al., | |
| Defendant.    | |

Plaintiff is a civil detainee proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. In the instant action, plaintiff filed an application to proceed in forma pauperis. Examination of these documents reveals that plaintiff is unable to afford the costs of this action. Accordingly, the motion to proceed in forma pauperis is **GRANTED**.

IT IS SO ORDERED.

Dated: __October 23, 2014__         ____/s/ Jennifer L. Thurston__
                                    UNITED STATES MAGISTRATE JUDGE

1