1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

7
8
9
10
11
12

EDWARD RONJE,

    Plaintiff,

  v.

KING, et al.,

    Defendants.

**Case No.  1:14-cv-01589-LJO-JLT (PC)**

**ORDER DISMISSING ACTION WITHOUT PREJUDICE AS BARRED BY** *Heck v. Humphrey*, **512 U.S. 477, 478-88 (1994)**

**(Doc. 23)**

13
14
15
16
17
18
19

   Plaintiff, Edward Ronje, is a civil detainee who is currently proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed this action on October 10, 2014.  (Doc. 1.)  Upon initial review, it was discovered that Plaintiff was challenging the assessment protocol which resulted in his civil detention.  Thus, the action was dismissed as barred by *Heck v. Humphrey*, 512 U.S. 477, 487-88 (1994).  (Doc. 14.)  Plaintiff appealed and the Ninth Circuit affirmed in part and vacated and remanded for dismissal to be entered without prejudice.  (Docs. 23, 24.)

20
21

   Accordingly, IT IS HEREBY ORDERED that this case is dismissed without prejudice as barred by *Heck v. Humphrey*, 512 U.S. 477, 487-88 (1994).

22

IT IS SO ORDERED.

23
24

 Dated:   **August 31, 2016**     **/s/ Lawrence J. O'Neill**
             UNITED STATES CHIEF DISTRICT JUDGE

25
26
27
28